ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

FILED

MAY 30 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JORGE ALVARADO, <br>     Defendant. | NO. 04-CR-0091 MAG <br><br> NOTICE OF DISMISSAL AND [PROPOSED] ORDER GRANTING LEAVE TO DISMISS THE INFORMATION |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the Acting United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED: 5/29/2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

HALLIE M. HOFFMAN
Chief, General Crimes

NOTICE OF DISMISSAL (CR 04-0091 MAG)

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the Information.

IT IS SO ORDERED.

DATED: 5/30/2018

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 04-0091 MAG)